STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
cmcguinness@dmglawfirm.com

Attorneys for Plaintiff
DIANE SIECK

MERCEDES A. GAVIN (SBN 164575)
LAW OFFICES OF MERCEDES A. GAVIN
145 Town Center #593
Corte Madera, CA 94925
Telephone: (415) 497-1493

Attorneys for Defendants
EDEN HOUSING, INC. et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SIECK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDEN HOUSING, INC. AND AFFILIATES; EDEN HOUSING, INC.; EDEN HOUSING MANAGEMENT, INC.; JEWEL AVENUE ASSOCIATES, LP; VISTA POINT, LLC AND DOES 1-20,<br><br>　　　　Defendants. | CASE NO. 5:18-cv-05570-NC<br><br>Civil Rights<br><br>**ORDER FOR COURT TO DISMISS ACTION WITH PREJUDICE, SUBJECT TO RETAINING JURISDICTION TO ENFORCE CONSENT DECREE, DOCKET 49** |

**ORDER**

Upon mutual agreement of all parties, all claims against Defendants are dismissed with prejudice with this Court retaining jurisdiction pursuant to the terms of the Consent Decree which the Court ordered at Docket 49.

**IT IS SO ORDERED.**

DATED: August 1, 2019



_____
Hon. _____
U.S. _____ Judge